FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

OCT -2 P 2: 17

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 3:01-cr-48-32MCR

MELVIN RANDALL BROWN

---

### SUPREVISED RELEASE REVOCATION
### and
### JUDGMENT AND COMMITMENT

A Petition charging that defendant violated conditions of his Supervised Release was filed on August 31, 2006 (Doc. #35). A Final Revocation of Supervised Release hearing was held in open court on September 26, 2006. The defendant appeared with counsel, James H. Burke, Jr., Esquire. Also present was the probation officer and Assistant United States Attorney Kathleen O'Malley. At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violations of paragraphs one and two of the petition, excluding the use of ecstacy. The Court, therefore, **FINDS** that the defendant has substantially and materially violated the terms and conditions of his Supervised Release. It is hereby,

**ORDERED AND ADJUDGED:**

1. Defendant's term of Supervised Release is hereby **REVOKED**.

2. Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWENTY FOUR (24) MONTHS, with no Supervised Release to follow.**

3.   The Court recommends that the defendant receive mental health treatment and enroll in an intensive drug rehabilitation and treatment program while in BOP custody.

4.   Defendant is remanded to the custody of the United States Marshal.

5.   The Court recommends that the defendant serve his term of incarceration at FCI Coleman, Coleman, Florida.

**DONE AND ORDERED** in Jacksonville, Florida, this 2nd day of October, 2006.

_____
TIMOTHY J. CORRIGAN
United States District Judge

m.
Copies to:

Asst. U.S. Attorney (O'Malley)
Asst. Federal Public Defender (Burke)
U.S. Probation
U.S. Marshals
U.S. Bureau of Prisons